# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY CARLSON AND<br>LUCAS NEWTON, Individually and<br>on behalf of all others similarly situated<br>                    Plaintiffs,<br>v.<br><br>PHARAOH ENERGY SERVICES, LLC<br>                    Defendant. | **Case No. 5:23-cv-802-PRW** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Randy Carlson and Lucas Newton and Defendant Pharaoh Energy Services, LLC (the "Parties") file this Joint Stipulation of Dismissal with Prejudice by and through their attorneys pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) seeking to dismiss with prejudice all of Plaintiffs' claims in this action against Pharoah. Each party to bear its own costs.

**RESPECTFULLY SUBMITTED AND AGREED TO BY:**

Dated: July 11, 2025

*/s/ Josh Borsellino*
Josh Borsellino
josh@dfwcounsel.com
PO Box 162973
Austin, TX 78716

and

Jeff A. Taylor, OBA # 17210
The Offices at Deep Ford Creek
Chadwick & Taylor
5613 N. Classen Blvd.
Oklahoma City, Oklahoma 73118
Tel: 405-286-1600
Fax: 405-842-6132

**ATTORNEYS FOR PLAINTIFFS
AND THOSE SIMILARLY SITUATED**

Dated: July 11, 2025

*/s/ Justin P. Grose*
Justin P. Grose, Okla. Bar. No. 31073
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK 73102
Phone: (405) 546-3774
Fax: (405) 546-3775
justin.grose@ogletree.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I served the foregoing on all parties and/or their counsel of record via the Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Justin Grose*